UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CR645 HEA |
| ) | |
| WESLEY HOWARD BRYANT, II, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing in this matter is set for Wednesday, July 27, 2011, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 18th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE